DATED NOVEMBER 24; 1965

Reap. Dec. 11108.—International Packers, Ltd. *v.* United States,

DONLON, Judge: Defendant's motion to limit these appeals to reappraisement to Argentine canned beef and canned cooked meats exported from Argentina having been granted on September 27, 1965, *International Packers, Ltd.* v. *United States*, 55 Cust. Ct. 606, Reap. Dec. 11072, and defendant, as directed in the decision on the motion, having filed, on October 29, 1965, a proposed order adequately

identifying in the respective appeals the merchandise as to which plaintiff did not appeal for reappraisement, and plaintiff having advised the court in a letter, dated November 9, 1965, that it had no objection to the proposed order, and the merchandise to be excluded from these appeals for reappraisement having been identified as follows:

R61/11279 (entry No. 520)

| PA 116<br>Philadelphia | Paraguay—437 Cases Canned Corned Beef 12/6 lbs. |
| PK 1203<br>Philadelphia | Paraguay—400 Cases Canned Corned Beef 12/6 lbs. |
| PS 1014<br>Philadelphia | Paraguay—400 Cases Canned Corned Beef 12/6 lbs. |
| AL 2210<br>Philadelphia | Brazil—4,000 Cases Pyramid Canned Corned Beef 24/12 oz. |
| AA 2016<br>Philadelphia | Brazil—725 Cases Star Canned Corned Beef 12/3 lbs. |
| A 4608<br>Philadelphia | Brazil—500 Cases Canned Corned Beef 12/3 lbs. |
| PS 1002<br>New York | Paraguay—200 Cases Canned Corned Beef 12/6 lbs. |

R61/7244 (entry No. 795)

| AA 2004<br>Boston | Brazil—160 Cases Star Corned Beef 12/3 lbs. |
| PS 1001<br>Boston | Paraguay—650 Cases Canned Corned Beef 12/6 lbs. |
| PA 1114<br>Boston | Paraguay—325 Cases Canned Corned Beef 12/6 lbs. |
| PK 1201<br>Boston | Paraguay—500 Cases Canned Corned Beef 12/6 lbs. |

R61/7795 (entry No. 2862)

| PK 1208<br>Charleston | Paraguay—400 Cases Canned Corned Beef 12/6 lbs. |
| PA 1106<br>Charleston | Paraguay—150 Cases Canned Corned Beef 12/6 lbs. |

R61/7808 (entry No. 3069)

| PA 1119<br>Charleston | Paraguay—400 Cases Canned Corned Beef 12/6 lbs. |
| PS 1005<br>Charleston | Paraguay—100 Cases Canned Corned Beef 12/6 lbs. |
| AA 2212<br>Charleston | Brazil—2,500 Cases Pyramid Corned Beef 24/12 oz. |
| AA 2019<br>Charleston | Brazil—225 Cases Star Corned Beef 12/3 lbs. |

R61/11636 (entry No. 1258)

| PS 1007<br>Tampa | Paraguay—100 Cases Canned Corned Beef 12/6 lbs. |

now, therefore, it is

ORDERED, that the merchandise above described is excluded, and that R61/11279 is limited to Argentine canned beef, and R61/7244, R61/7795, R61/7808, and R61/11636 are limited to canned/cooked meats exported from Argentina.